IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERRY DAVIS                                                                          PLAINTIFF

v.                              No. 2:16-CV-02084

TRANE US, INC.                                                     DEFENDANT

**ORDER**

Before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 27). The motion represents that the parties have settled this matter and are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the motion (Doc. 27) is GRANTED, and this matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS SO ORDERED this 8th day of May, 2017.

                                                                 /s/ P. K. Holmes, III
                                                                 P.K. HOLMES, III
                                                                 CHIEF U.S. DISTRICT JUDGE